# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**HENRY BROWN,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　**Case No. 4:17cv28-MW/CAS**

**FLORIDA DEPARTMENT OF CHILDREN AND FAMILY, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, sought to initiate this civil rights action by filing a complaint, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2. Plaintiff's motion was insufficient as filed and Plaintiff was directed to file an amended motion providing a clear description of his financial ability to pay the filing fee. Plaintiff's deadline for compliance was April 10, 2017. ECF No. 4. As of this date, Plaintiff has not filed anything further in this case.

Plaintiff was advised that if he failed to file the amended in forma pauperis motion as required, a recommendation would be made to dismiss

this case. It is apparent by Plaintiff's non-compliance that he has abandoned this litigation. Accordingly, this case should now be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to prosecute and failure to comply with a Court Order.

**IN CHAMBERS** at Tallahassee, Florida, on April 17, 2017.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**